# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
DEANGELO, JOHN J                          §        Case No. 11-03603 3G7
DEANGELO, DEBORAH R.                      §
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under chapter    of the United States Bankruptcy Code was filed on
.   The undersigned trustee was appointed on .

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

    4.  The trustee realized gross receipts of                    $

                 Funds were disbursed in the following amounts:

                 Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

                 Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GORDON P. JONES _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

Case No:        11-03603      3G7   Judge: PAUL M. GLENN

Case Name:    DEANGELO, JOHN J

DEANGELO, DEBORAH R.

For Period Ending: 04/08/13

Trustee Name:   GORDON P. JONES

Date Filed (f) or Converted (c):    05/17/11 (f)

341(a) Meeting Date:    06/16/11

Claims Bar Date:    09/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDO AT 9745 TOUCHTON RD. 929, JACKSONVILLE, FL | 76,960.00 | 0.00 | OA | 0.00 | FA |
| 2. MARRIOTT ORLANDO TIMESHARE ONE WEEK | 500.00 | 0.00 | | 0.00 | FA |
| 3. HOMESTEAD LOCATED AT 12438 IVY WOODS CT., JACKSONVILLE, FL | 234,050.00 | 0.00 | | 0.00 | FA |
| 4. CASH | 36.00 | 0.00 | | 0.00 | FA |
| 5. CASH | 127.00 | 0.00 | | 0.00 | FA |
| 6. SUNTRUST BANK JOINT CHECKING ACCOUNT ENDING IN 9616 | 1,078.36 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 4,416.00 | 0.00 | | 0.00 | FA |
| 8. SOME ARTWORK (PENCIL DRAWINGS AND LITHOGRAPH WIRE SCULPTURE AND MISC. | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. CLOTHES | 40.00 | 0.00 | | 0.00 | FA |
| 10. CLOTHES | 55.00 | 0.00 | | 0.00 | FA |
| 11. WEDDING SET, COSTUME JEWELRY, WATCH, GOLD EARRINGS | 1,200.00 | 0.00 | | 0.00 | FA |
| 12. WEDDING RING, WATCH, GOLD NECKLACE | 55.00 | 0.00 | | 0.00 | FA |
| 13. BASEBALL GLOVE, POOL CUE | 20.00 | 0.00 | | 0.00 | FA |
| 14. LIFE INSURANCE POLICY - REASSURE AMERICA LIFE | Unknown | 0.00 | | 0.00 | FA |
| 15. LIFE INSURANCE POLICY ($458.33 NPS) THROUGH STATE FARM UNIVERSAL | 32,095.78 | 5,500.00 | | 5,500.00 | FA |
| 16. LIFE INSURANCE POLICY THROUGH AAA FACE VALUE OF TERM POLICY IS $100,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 17. LIFE INSURANCE POLICY THROUGH AXA ADVISORS, LLC | Unknown | 0.00 | | 0.00 | FA |
| 18. CHARLES SCHWAB ACCOUNT ENDING IN 6508 | 151.40 | 0.00 | | 0.00 | FA |
| 19. UBS INVESTMENT ACCOUNT ENDING IN 76Y3 (AS GUARDIAN FOR NOW DEC'D FATHER) | 0.00 | 0.00 | | 0.00 | FA |
| 20. UBS INVESTMENT ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 21. IRA OR SEP ACCOUNT THROUGH NEW ENGLAND FINANCIAL | 28,000.00 | 0.00 | | 0.00 | FA |
| 22. IRA THROUGH THROUGH NEW ENGLAND FINANCIAL | 3,800.00 | 0.00 | | 0.00 | FA |
| 23. 100% INTEREST - DEANGELO'S SPECIALTY CHEMICALS,INC | 0.00 | 2,118.13 | | 2,118.13 | FA |
| 24. WIFE IS RECEIVING SETTLEMENT PROCEEDS FROM SMITH ADVERTISING & ASSOC. | 9,976.04 | 118.13 | | 118.13 | FA |
| 25. 2008 BMW 328I ($166.67 NPS) | 17,225.00 | 2,000.00 | | 2,000.00 | FA |
| 26. 2004 BMW X5 136,000 MILES ($416.67 NPS) | 13,555.00 | 5,000.00 | | 5,000.04 | FA |
| 27. DELL COMPUTER, BROTHER ALL-IN-ONE PRINTER, 2 LAPTOPS COMPUTERS, FAX MACHINE, DESKTOP | 250.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit A

| Case No: | 11-03603 | 3G7 | Judge: PAUL M. GLENN |
|---|---|---|---|
| Case Name: | DEANGELO, JOHN J | | |
| | DEANGELO, DEBORAH R. | | |

Trustee Name:   GORDON P. JONES
Date Filed (f) or Converted (c):    05/17/11 (f)
341(a) Meeting Date:    06/16/11
Claims Bar Date:    09/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CALCULATOR, VAROUS OFFICE SUPPLIES, CELL PHONE | | | | | |
| 28. COMPUTER, PRINTER, VARIOUS OFFICE SUPPLIES AND | 150.00 | 0.00 | | 0.00 | FA |
| CELL PHONE | | | | | |
| 29. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.99 | FA |

| | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $424,740.58 | $14,736.26 | | $14,737.29 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

06/28/11 - MOTION DETERMINE PERSONAL PROPERTY (2008 BMW) IS OF CONSEQUENTIAL VALUE OR BENEFIT TO THE ESTATE (WITH 21 DAY NOTICE).

06/28/11 - OBJECTION TO EXEMPTIONS.

06/29/11 - ORDER EMPLOYING JERRETT MCCONNELL AS SPECIAL ATTORNEY FOR THE ESTATE.

06/29/11 - ORDER EMPLOYING PETER MOCKE AS APPRAISER FOR THE ESTATE.

06/29/11 - ORDER EMPLOYING GORDON JONES AS ATTORNEY FOR THE ESTATE.

07/27/11 - RECEIPT OF EMAIL FROM ATTORNEY ADVISING OF DEBTOR'S OF  $12,000 OFFER FOR PERSONAL PROPERTY.

08/08/11 - RECEIPT OF EMAIL FROM ATTORNEY ADVISING OF DEBTOR'S OFFER TO PAY $500 FOR THE INSURANCE INTEREST ALONG WITH TURNING OVER THE FUTURE RECIEVABLE AND PAYING $12,000 FOR OTHER ASSETS.

08/10/11 - ORDER ON EXEMPTIONS (TURNOVER INTEREST IN PROCEEDS FROM SMITH ADVERTISING & ASSOC, PLUS $12,500 @ $1,041.67 MO BEG 10/1/11).

08/10/11 - TELEPHONE CALL TO APPRAISER ADVISING NO NEED FOR APPRAISAL.

08/25/11 - NOTICE OF PRIVATE SALE ($12,500 @ $1,041.67 MO BEG 10/1/11) FILED BY JERRETT MCCONNELL.

09/21/11 - JOINT STIPULATION AS TO TRUSTEE'S NOTICE OF INTENT TO SELL PROPERTY AT PRIVATE SALE.

10/04/11 - RECEIPT OF NOTICE FROM IRS REGARDING FORM SS - 4 - FORWARDED TO STEVE VANDERWILT FOR REVIEW.

10/30/11 - CLAIMS EXAMINED, NO OBJECTIONS.

10/31/11 - RECEIPT OF EMAIL FROM STEVE VANDERWILT ADVISING NO ACCOUNTANT REQUIRED FOR ESTATE.

10/09/12 - NOTICE OF ABANDONMENT(CONDO AT 9745 TOUCHTON RD, JACKSONVILLE, FL).

04/02/13 - REPORT OF SALE COMPLETION ($12,500.04).

04/02/13 - EMAILED FORMS 1 & 2 TO JERRETT MCCONNELL REQUESTING FEE APPLICATION.

04/03/13 - RECIEPT OF FEE APPLICATION OF JERRETT MCCONNELL.

04/08/13 - WITHDRAWAL OF MOTION FOR DETERMINATION THAT PERSONAL PROPERTY IS OF CONSEQUENTIAL VALUE OR BENEFIT TO THE ESTATE.

Initial Projected Date of Final Report (TFR): 09/01/12        Current Projected Date of Final Report (TFR): 04/15/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit B**

Case No:  11-03603  -3G7

Case Name:  DEANGELO, JOHN J

DEANGELO, DEBORAH R.

Taxpayer ID No:  *******6351

For Period Ending:  04/08/13

Trustee Name:  GORDON P. JONES

Bank Name:  UNION BANK

Account Number / CD #:  *******8792  Checking - Non Interest

Blanket Bond (per case limit):  $ 1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/23/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 14,581.25 | | 14,581.25 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 14,566.25 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 17.92 | 14,548.33 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.50 | 14,529.83 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.53 | 14,511.30 |
| 03/08/13 | | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM | 2300-000 | | 15.84 | 14,495.46 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.50 | 14,475.96 |

**FORM 2**

Page:    2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 11-03603  -3G7 |
| Case Name: | DEANGELO, JOHN J |
| | DEANGELO, DEBORAH R. |
| Taxpayer ID No: | *******6351 |
| For Period Ending: | 04/08/13 |

| | |
|---|---|
| Trustee Name: | GORDON P. JONES |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8673  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/15/11 | 24 | MHG, LLC | SETTLEMENT PROCEEDS | 1121-000 | 118.13 | | 118.13 |
| 09/26/11 | * NOTE * | JOHN J DEANGELO 12438 IVY WOODS COURT JACKSONVILLE, FL  32258 | EXTENDED SALE AGREEMENT * NOTE *  Properties 15, 25, 26 | 1129-000 | 1,041.67 | | 1,159.80 |
| 10/05/11 | 23 | MHG, LLC | ACCOUNTS RECEIVABLE | 1121-000 | 2,118.13 | | 3,277.93 |
| 10/25/11 | * NOTE * | JOHN J DEANGELO 12438 IVY WOODS COURT JACKSONVILLE, FL  32258 | EXTENDED SALE AGREEMENT * NOTE *  Properties 15, 25, 26 | 1129-000 | 1,041.67 | | 4,319.60 |
| 10/31/11 | 29 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 4,319.62 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.35 | 4,316.27 |
| 11/28/11 | * NOTE * | JOHN J DEANGELO 12438 IVY WOODS COURT JACKSONVILLE, FL  32258 | EXTENDED SALE AGREEMENT * NOTE *  Properties 15, 25, 26 | 1129-000 | 1,041.67 | | 5,357.94 |
| 11/30/11 | 29 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,357.98 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.32 | 5,352.66 |
| 12/28/11 | * NOTE * | JOHN J DEANGELO 12438 IVY WOODS COURT JACKSONVILLE, FL  32258 | EXTENDED SALE AGREEMENT * NOTE *  Properties 15, 25, 26 | 1129-000 | 1,041.67 | | 6,394.33 |
| 12/30/11 | 29 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 6,394.37 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.60 | 6,387.77 |
| 01/30/12 | * NOTE * | JOHN J DEANGELO 12438 IVY WOODS COURT JACKSONVILLE, FL  32258 | EXTENDED SALE AGREEMENT * NOTE *  Properties 15, 25, 26 | 1129-000 | 1,041.67 | | 7,429.44 |
| 01/31/12 | 29 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,429.50 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.25 | 7,421.25 |
| 02/15/12 | | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM | 2300-000 | | 10.26 | 7,410.99 |
| 02/27/12 | * NOTE * | JOHN J DEANGELO 12438 IVY WOODS COURT JACKSONVILLE, FL  32258 | EXTENDED SALE AGREEMENT * NOTE *  Properties 15, 25, 26 | 1129-000 | 1,041.67 | | 8,452.66 |
| 02/29/12 | 29 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,452.72 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.77 | 8,443.95 |
| 03/26/12 | * NOTE * | JOHN J DEANGELO 12438 IVY WOODS COURT JACKSONVILLE, FL  32258 | EXTENDED SALE AGREEMENT * NOTE *  Properties 15, 25, 26 | 1129-000 | 1,041.67 | | 9,485.62 |
| 03/30/12 | 29 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,485.69 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.47 | 9,475.22 |
| 04/25/12 | * NOTE * | JOHN J DEANGELO 12438 IVY WOODS COURT JACKSONVILLE, FL  32258 | EXTENDED SALE AGREEMENT * NOTE *  Properties 15, 25, 26 | 1129-000 | 1,041.67 | | 10,516.89 |
| 04/30/12 | 29 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,516.97 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.08 | 10,504.89 |
| 05/25/12 | * NOTE * | JOHN J DEANGELO 12438 IVY WOODS COURT JACKSONVILLE, FL  32258 | EXTENDED SALE AGREEMENT * NOTE *  Properties 15, 25, 26 | 1129-000 | 1,041.67 | | 11,546.56 |

Ver: 17.01

PFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| | |
|---|---|
| Case No: | 11-03603 -3G7 |
| Case Name: | DEANGELO, JOHN J |
| | DEANGELO, DEBORAH R. |
| Taxpayer ID No: | *******6351 |
| For Period Ending: | 04/08/13 |

| | |
|---|---|
| Trustee Name: | GORDON P. JONES |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8673 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | 29 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,546.65 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.39 | 11,533.26 |
| 06/26/12 | * NOTE * | JOHN J DEANGELO | EXTENDED SALE AGREEMENT | 1129-000 | 1,041.67 | | 12,574.93 |
| | | 12438 IVY WOODS COURT | * NOTE *  Properties 15, 25, 26 | | | | |
| | | JACKSONVILLE, FL  32258 | | | | | |
| 06/29/12 | 29 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,575.02 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.75 | 12,561.27 |
| 07/26/12 | * NOTE * | JOHN J DEANGELO | EXTENDED SALE AGREEMENT | 1129-000 | 1,041.67 | | 13,602.94 |
| | | 12438 IVY WOODS COURT | * NOTE *  Properties 15, 25, 26 | | | | |
| | | JACKSONVILLE, FL  32258 | | | | | |
| 07/31/12 | 29 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,603.05 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.52 | 13,586.53 |
| 08/27/12 | * NOTE * | JOHN J DEANGELO | EXTENDED SALE AGREEMENT | 1129-000 | 1,041.67 | | 14,628.20 |
| | | 12438 IVY WOODS COURT | * NOTE *  Properties 15, 25, 26 | | | | |
| | | JACKSONVILLE, FL  32258 | | | | | |
| 08/31/12 | 29 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,628.32 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.35 | 14,610.97 |
| 09/28/12 | 29 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 14,611.08 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.77 | 14,594.31 |
| 10/23/12 | 29 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 14,594.41 |
| 10/23/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 13.16 | 14,581.25 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 10/23/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 14,581.25 | 0.00 |

**Total Of All Accounts    14,475.96**

PFORM24

Ver: 17.01

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: April 08, 2013

Case Number:   11-03603
Debtor Name:   DEANGELO, JOHN J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | JERRETT M. MCCONNELL FRIEDLINE & MCCONNELL, P.A. 1756 UNIVERSITY BLVD SOUTH JACKSONVILLE, FL  32216 | Administrative | | $2,205.00 | $0.00 | $2,205.00 |
| 001 3220-00 | JERRETT M. MCCONNELL FRIEDLINE & MCCONNELL, P.A. 1756 UNIVERSITY BLVD SOUTH JACKSONVILLE, FL  32216 | Administrative | | $24.64 | $0.00 | $24.64 |
| 000001A 058 5800-00 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Priority | | $25,966.18 | $0.00 | $25,966.18 |
| 000001B 080 7300-00 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $2,276.27 | $0.00 | $2,276.27 |
| 000002 070 7100-00 | Vystar Credit Union c/o Bankruptcy Department PO Box 45085 Jacksonville, Fl 32232 | Unsecured | | $23,130.63 | $0.00 | $23,130.63 |
| 000003 070 7100-00 | Vystar Credit Union c/o Bankruptcy Department PO Box 45085 Jacksonville, Fl 32232 | Unsecured | | $21,258.30 | $0.00 | $21,258.30 |
| 000004 070 7100-00 | Exor Properties, LLC 8130 Baymeadows Way W., #309 Jacksonville, FL 32256 | Unsecured | | $17,716.08 | $0.00 | $17,716.08 |
| 000005 070 7100-00 | Superior Financial Group 165 Lennon Lane, Ste. 101 Walnut Creek, CA 94598 | Unsecured | | $10,578.63 | $0.00 | $10,578.63 |
| 000006 070 7100-00 | CBS Outdoor, Inc. c/o Cheifetz, Iannitelli Marcolini 111 West Monroe Street, 17th Floor Phoenix, Arizona 85003 | Unsecured | | $420,621.02 | $0.00 | $420,621.02 |
| 000007 070 7100-00 | Lamar Central Outdoor, LLC c/o Charles Ruse, Jr., Esq. 500 NE 8th Avenue Ocala, FL 34470 | Unsecured | | $17,324.00 | $0.00 | $17,324.00 |
| 000008 070 7100-00 | United Outdoor Media, LLC PO Box 3566 Lake City, FL 32056 | Unsecured | | $8,348.93 | $0.00 | $8,348.93 |
| 000009 070 7100-00 | Talbots c/o Creditors Bankruptcy Service P O Box 740933 | Unsecured | | $813.85 | $0.00 | $813.85 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: April 08, 2013

Case Number:  11-03603
Debtor Name:  DEANGELO, JOHN J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Dallas,Tx 75374 | | | | | |
| 000010 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $10,826.33 | $0.00 | $10,826.33 |
| 000011 070 7100-00 | Nelnet 3015 South Parker Road Suite 400 Aurora CO 80014 | Unsecured | | $3,721.96 | $0.00 | $3,721.96 |
| 000012 070 7100-00 | Xerographic Supply & Equipment 5151 Sunbeam Road, #17 Jacksonville, FL 32257 | Unsecured | | $2,628.64 | $0.00 | $2,628.64 |
| 000013 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $6,473.22 | $0.00 | $6,473.22 |
| 000014 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $7,611.20 | $0.00 | $7,611.20 |
| 000015 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $1,994.10 | $0.00 | $1,994.10 |
| 000016 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $913.74 | $0.00 | $913.74 |
| 000017 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $9,723.25 | $0.00 | $9,723.25 |
| 000018 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $3,034.52 | $0.00 | $3,034.52 |
| 000019 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $11,694.53 | $0.00 | $11,694.53 |
| 000020 070 7100-00 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | | $6,059.94 | $0.00 | $6,059.94 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3                                                                                                   Date: April 08, 2013

Case Number:    11-03603                          Claim Class Sequence
Debtor Name:    DEANGELO, JOHN J

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000021 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $229.10 | $0.00 | $229.10 |
| 000022 070 7100-00 | Wells Fargo Bank, N.A. c/o C. Ryan Maloney Foley & Lardner, LLP One Independent Drive, Suite 1300 Jacksonville, FL 32202 | Unsecured | | $49,809.64 | $0.00 | $49,809.64 |
| 000023 070 7100-00 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | | $786.58 | $0.00 | $786.58 |
| 000024 070 7100-00 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | | $1,987.32 | $0.00 | $1,987.32 |
| 000025 070 7100-00 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | | $2,173.42 | $0.00 | $2,173.42 |
| 000026 070 7100-00 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $16,355.58 | $0.00 | $16,355.58 |
| 000027 070 7100-00 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $22,337.38 | $0.00 | $22,337.38 |
| 000028 070 7100-00 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $16,408.61 | $0.00 | $16,408.61 |
| 000029 070 7100-00 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $992.13 | $0.00 | $992.13 |
| 000030 080 7200-00 | Lamar Advertising Company Credit Dept. PO Box 66338 Baton Rouge, LA 70896 | Unsecured | | $44,539.13 | $0.00 | $44,539.13 |

Page 4

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: April 08, 2013

Case Number:    11-03603
Debtor Name:    DEANGELO, JOHN J

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $770,563.85 | $0.00 | $770,563.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-03603 3G7
Case Name: DEANGELO, JOHN J
           DEANGELO, DEBORAH R.
Trustee Name: GORDON P. JONES

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GORDON P. JONES | $ | $ | $ |
| Trustee Expenses: GORDON P. JONES | $ | $ | $ |
| Attorney for Trustee Fees: JERRETT M. MCCONNELL | $ | $ | $ |
| Attorney for Trustee Expenses: JERRETT M. MCCONNELL | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                                      $_____

Remaining Balance                                                                 $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Vystar Credit Union c/o Bankruptcy Department | $ | $ | $ |
| 000003 | Vystar Credit Union c/o Bankruptcy Department | $ | $ | $ |
| 000004 | Exor Properties, LLC | $ | $ | $ |
| 000005 | Superior Financial Group | $ | $ | $ |
| 000006 | CBS Outdoor, Inc. | $ | $ | $ |
| 000007 | Lamar Central Outdoor, LLC | $ | $ | $ |
| 000008 | United Outdoor Media, LLC | $ | $ | $ |
| 000009 | Talbots | $ | $ | $ |
| 000010 | Chase Bank USA, N.A. | $ | $ | $ |
| 000011 | Nelnet | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Xerographic Supply & Equipment | $ | $ | $ |
| 000013 | Chase Bank USA, N.A. | $ | $ | $ |
| 000014 | Chase Bank USA, N.A. | $ | $ | $ |
| 000015 | American Express Bank, FSB | $ | $ | $ |
| 000016 | American Express Bank, FSB | $ | $ | $ |
| 000017 | American Express Bank, FSB | $ | $ | $ |
| 000018 | American Express Centurion Bank | $ | $ | $ |
| 000019 | American Express Centurion Bank | $ | $ | $ |
| 000020 | American InfoSource LP as agent for | $ | $ | $ |
| 000021 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000022 | Wells Fargo Bank, N.A. c/o C. Ryan Maloney | $ | $ | $ |
| 000023 | Midland Funding LLC | $ | $ | $ |
| 000024 | Midland Funding LLC | $ | $ | $ |
| 000025 | Midland Funding LLC | $ | $ | $ |
| 000026 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000027 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000028 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000029 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____


Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Lamar Advertising Company | $ | $ | $ |

Total to be paid to tardy general unsecured creditors $_____

Remaining Balance $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ | $ | $ |

Total to be paid to subordinated unsecured creditors $_____

Remaining Balance $_____